IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JODI BETH SAUNDERS,

                Plaintiff,

v.                                             CIVIL ACTION NO.   3:12-0602

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

                Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Motion for Judgment on the Pleadings (ECF No. 11), deny Plaintiff's Motion for Judgment on the Pleadings (ECF No. 10), affirm the final decision of the Commissioner, and dismiss this action from the docket of the Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's Motion for Judgment on the Pleadings (ECF No. 11), **DENIES** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 10), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 13, 2013

_____
ROBERT C. CHAMBERS, CHIEF JUDGE